204 So.2d 293

**STATE of Louisiana**

**v.**

**James Valentine SINGLETON.**

**No. 48557.**

Nov. 6, 1967.

Rehearing Denied Dec. 11, 1967.

---

I. Edwin Henderson, Lake Charles, for appellant.

Jack P. F. Gremillion, Atty. Gen., William P. Schuler, Asst. Atty. Gen., Frank T. Salter, Jr., Dist. Atty., Charles W. Richard, Asst. Dist. Atty., for appellee.

FOURNET, Chief Justice.

The defendant, James Valentine Singleton, subsequent to his conviction for pander-

1. State v. Robinson, 244 La. 199, 151 So. 2d 371; State v. May, 239 La. 1069, 121 .So.2d 82; State v. Richard, 230 La. 853, 89 So.2d 367; State v. Ware, 228 La. 713, 84 So.2d 56; State v. Perez, 228

ing in violation of R.S. 14:84 and sentence to serve one year in jail following denial of a motion for a new trial, appealed without perfecting any bills of exception; hence, there is nothing for us to review save and except such errors that appear patent on the face of the record,[1] and finding none, the conviction and sentence are affirmed.

La. 796, 84 So.2d 195; State v. Honey-cutt, 218 La. 362, 49 So.2d 610; State v. Roy, 217 La. 1074, 47 So.2d 915; State v. Dartez, 222 La. 9, 62 So.2d 83 and numerous cases cited therein.